IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00680-BNB

JENNIFER A. COHEN,

    Plaintiff,

v.

NEWMONT MINING CORP.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 20, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00680-BNB

Jennifer A. Cohen
7544 E. Mercer Pl.
Denver, CO 80237

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/10

                                        GREGORY C. LANGHAM, CLERK

                                        By_____
                                                  Deputy Clerk