FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 3 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00680-PAB

JENNIFER A. COHEN,

    Plaintiff,

v.

NEWMONT MINING CORP.,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

    DATED April 21, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00680-PAB-BNB

Jennifer A. Cohen
7544 E. Mercer Place
Denver, CO 80237

US Marshal Service
Service Clerk
Service forms for: Newmont Mining Corp.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Newmont Mining Corp: AMENDED TITLE VII COMPLAINT FILED 04/12/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/23/10

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                        Deputy Clerk